UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Civil Action Number: 1:18-cv-07483

ANCEL MONTENELLI, On His Own
Behalf, and On Behalf of All Other
Individuals Similarly Situated,

    Plaintiffs,
v.

MENARD, INC.
d/b/a Menards,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) Plaintiff Ancel Montenelli hereby files this Notice of Voluntary Dismissal With Prejudice in the above styled case.

Respectfully submitted on this 18th day of September, 2019.

    *s/ Scott Dinin*
    Scott R Dinin, Esq.
    SCOTT R. DININ, P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 786-1333
    inbox@dininlaw.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of September, 2019 a true and correct copy of the above has been filed with the Clerk of the Court using the CM/ECF system, which will send the foregoing to counsel for the Defendant:

W. Anthony Andrews, Esq.
Stephen H. DiNolfo, Esq.

1

John Edward Motylinski, Esq.
Ottosen Britz Kelly Cooper
Montenellibert & Dinolfo, LTD.
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
Telephone: (630) 682-0085
E-mail: wandrews@ottosenbritz.com
sdinolfo@ottosenbritz.com;  jmotylinski@ottosenbritz.com
*Attorneys for Defendant*

                                                       *s/Scott Dinin*