# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ancel Montenelli

Plaintiff,

v.

Menard, Inc.

Defendant.

Case No.: 1:18–cv–07483
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19, 2019:

> MINUTE entry before the Honorable Mary M. Rowland: A notice of voluntary dismissal (Dkt. [39]) has been filed. This case is dismissed with prejudice. Defendant's combined motion to dismiss Plaintiff's complaint and motion to strike class action allegations [35] is denied as moot. Reassignment status hearing previously set for 10/10/19 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.